

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00354-CR
No. 02-18-00355-CR

_____

QUINCY BLAKELY, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 211th District Court
Denton County, Texas
Trial Court Nos. F17-2106-211, F18-1122-211

---

Before Sudderth, C.J.; Walker and Birdwell, JJ.
Memorandum Opinion by Justice Birdwell

## MEMORANDUM OPINION

Pro se appellant Quincy Blakely attempts to appeal from the trial court's order denying his motion to quash an indictment and the court's oral ruling denying his motion for a copy of a grand jury transcript. On August 13, 2018, we sent Blakely a letter expressing our concern that we lack jurisdiction because the trial court had not entered any appealable orders and had not signed a judgment of conviction. We instructed him that unless he filed a response showing grounds for continuing the appeals, we could dismiss them. *See* Tex. R. App. P. 44.3. His responses do not show grounds for continuing the appeals.

In a criminal case, we generally have jurisdiction only when the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). "We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law." *Id.* The rulings of which Blakely complains are not within the limited scope of appealable interlocutory orders. *See Jones v. State*, No. 02-18-00353-CR, 2018 WL 4177450, at *1 (Tex. App.—Fort Worth Aug. 30, 2018, no pet.) (mem. op., not designated for publication); *Ex parte Composano*, No. 12-17-00325-CR, 2017 WL 5897954, at *1 (Tex. App.—Tyler Nov. 30, 2017, no pet.) (mem. op., not designated for publication).

Therefore, we dismiss these appeals for want of jurisdiction. Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

/s/ Wade Birdwell
Wade Birdwell
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: November 8, 2018